

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2016

No. 04-16-00532-CV

**FRANKLIN ADVISERS, INC.**, on behalf of certain investment funds managed by it; Oz Management LP, on behalf of certain investment funds managed by it, Oz Management II LP, on behalf of certain investment funds managed by it; and Benefit Street Partners, LLC, Appellants

v.

**IHEARTCOMMUNICATIONS INC.**, f/k/a Clear Channel Communication, Inc., Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-04006
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellants' unopposed motion for extension of time to file brief is hereby GRANTED. The appellants' brief is due on or before January 17, 2017.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2016.

Keith E. Hottle
Clerk of Court